**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: THE MATTER OF PARKER
DRILLING OFFSHORE USA, L.L.C., as
owner and operator of PARKER RIG 14-J      CASE NO: 8:06-mc-57-T-26TGW
praying for exoneration from and/or limitation
of liability for the incident of September 11, 2003
at Chandeleur Area Block 27,
                                                 /

## O R D E R

Upon due consideration of the submissions of Parker Drilling Offshore USA, it is ordered and adjudged as follows:

1) The Motion for Contempt (Dkt. 1) is granted.

2) The Court withholds the imposition of sanctions

3) Dr. Benjamin Babasa is directed to appear for his deposition in this matter on Wednesday, July 5, 2006, at 2:00 p.m., at the offices of Carolyn F. Engel and Associates, Court Reporter, 309 South Main Street, Brooksville, Florida.

4) Should Dr. Babasa fail to appear, he will be subject to the imposition of sanctions.

5) The Clerk is directed to send a copy of this order to Dr. Babasa at his address of 11169 Cindy Drive, Brooksville, Florida 34601.

6) Movant's attorney shall insure that a copy of this order is served on Dr. Babasa

7) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on June 23, 2006.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record